**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 555 WAL 2014
                                                   :

               Respondent         :
                                                   : Petition for Allowance of Appeal from the
                                                   : Order of the Superior Court
             v.                     :
                                                 :
                                               :

MICHAEL FUENTES,               :
                                               :
             Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.